1  KATHERINE F. WENGER/ CA SB# 223045
   BROWN, GEE & WENGER LLP
2  200 Pringle Avenue, Suite 400
   Walnut Creek CA 94596
3  Telephone: (925) 943-5000
   Facsimile: (925) 933-2100
4  kwenger@bgwcounsel.com

5  ATTORNEYS FOR PLAINTIFFS
   LEANNE THOMPSON AND
6  MARGARET MARY THOMPSON

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANNE THOMPSON, Petitioner and MARGARET MARY THOMPSON, Real Party in Interest<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF WALNUT CREEK; STEVE WAYMIRE, P.E.; CARLTON THOMPSON; FEDERAL EMERGENCY MANAGEMENT AGENCY; and DOES 1-10,<br><br>Defendants. | CASE NO. 16-01221 KAW<br><br>STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME FOR PLAINTIFFS TO FILE OPPOSITION TO FEMA MOTION TO DISMISS<br><br>AS MODIFIED |

Whereas Federal Emergency Management Agency ("FEMA") has filed a motion to dismiss in this matter, with the hearing on their motion to dismiss set for May 5, 2016, with Plaintiffs' opposition due April 4, 2016.

Whereas, Plaintiffs and FEMA are working to attempt to reach a resolution of FEMA's motion to dismiss that would eliminate the need for the Court to hear FEMA's motion.

Whereas in order to facilitate the Parties efforts to resolve this matter without hearing, FEMA has agreed to extend Plaintiffs' time to oppose their motion until April 11, 2016, with FEMA's reply due April 20.

Whereas the Parties, by signing below, hereby stipulate to such extension and request that the Court enter and order approving the same.

//

STIPULATION RE MOTION TO DISMISS                                                          CASE #16-01221 KAW

1

Dated: April 4, 2016

BROWN, GEE & WENGER LLP

_____
KATHERINE F. WENGER
Attorney for Plaintiffs

Dated: April 4, 2016

BRIAN J. STRETCH
UNITED STATES ATTORNEY

_____
SABITA J. SONEJI
Assistant United States Attorney

Attorneys for Federal Emergency Management Agency

The Court grants the extended briefing schedule agreed to by the parties, and continues the hearing to May 19, 2016.

IT IS SO ORDERED:

DATED: 4/5/16

_____
HONORABLE KANDIS A. WESTMORE

STIPULATION RE MOTION TO DISMISS

2